IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **PAMCAH-UA LOCAL 675 PENSION FUND**, by its Trustees, Reginald V. Castanares, Jr., Valentino B. Ceria, Matthew J. Brady, Kent A. Matsuzaki, Mark K. Suzuki, Samuel T. Fujikawa; **PAMCAH-UA LOCAL 675 ANNUITY FUND**, by its Trustees, Reginald V. Castanares, Jr., Valentino B. Ceria, Matthew J. Brady, Kent A. Matsuzaki, Mark K. Suzuki, Samuel T. Fujikawa; **PAMCAH-UA LOCAL 675 HEALTH & WELFARE FUND**, by its Trustees, Reginald V. Castanares, Jr., Valentino B. Ceria, Matthew J. Brady, Kent A. Matsuzaki, Mark K. Suzuki, Samuel T. Fujikawa; **PAMCAH-UA LOCAL 675 VACATION & HOLIDAY FUND**, by its Trustees, Reginald V. Castanares, Jr., Valentino B. Ceria, Matthew J. Brady, Kent A. Matsuzaki, Mark K. Suzuki, Samuel T. Fujikawa; **PAMCAH-UA LOCAL 675 TRAINING FUND**, by its Trustees, Reginald V. Castanares, Jr., Valentino B. Ceria, Matthew J. Brady, Kent A. Matsuzaki, Mark K. Suzuki, Samuel T. Fujikawa; **PAMCAH-UA LOCAL 675 COOPERATION FUND**, by its Trustees, Reginald V. Castanares, Jr., Valentino B. Ceria, Matthew J. Brady, Kent A. Matsuzaki, Mark K. Suzuki, Samuel T. Fujikawa; and | CIV. NO. 14-00421 JMS-BMK<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

| | |
|---|---|
| **PLUMBING & MECHANICAL CONTRACTORS ASSOCIATION OF HAWAII**, by and through their Administrator, FRANCIS CHUN, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| **HUALALAI MECHANICAL LLC**, a Hawaii limited liability company; **CLYDE SAKATA**, individually; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10, DOE TRUSTS 1-10, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendations having been filed and served on all parties on January 30, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST

HUALALAI MECHANICAL LLC AND CLYDE SAKATA," Doc. No. 16, are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, February 24, 2015.



    /s/ J. Michael Seabright
    J. Michael Seabright
    United States District Judge

*PAMCAH-UA Local 675 Pension Fund, et al. v. Hualalai Mech. LLC, et al.*, Civ. No. 14-00421 JMS-BMK, Order Adopting Magistrate Judge's Findings and Recommendation

3